IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

vs.                                              NO. 4:11-CR-40037-056

LEON COLLINS                                                                              DEFENDANT

## ORDER

Before the Court is Defendant Leon Collin's Motion for Return of Property and Motion for Copies of Transcript, Presentence Investigation Report and Plea Agreement.  (ECF No. 788). As to the Motion for Return of Property, Defendant requests the Court to order the Government to return his computer tower and cell phone.  The Court has been informed that the Government never took possession of the computer tower.  As to the cell phone, Defendant's motion is **GRANTED**.  Defendant may make arrangements to retrieve his cell phone from the Federal Bureau of Investigation's office in Texarkana.

As to the Motion for Copies of Transcript, Presentence Investigation Report and Plea Agreement, "[t]itle 28 U.S.C. § 753(f) requires that transcripts be provided at government expense only upon certification by the Court that a § 2255 motion already on file is not frivolous and that a transcript is needed to decide the issues presented." *Bateman v. U.S.*, No. 4:07CV1991-DJS, 2009 WL 3762330, at *3 (E.D. Mo. Nov. 10, 2009).  The same rationale has been applied to the provision of free copies of other portions of the record. *Id.*  In this case, Defendant has not shown a genuine need for the transcript, presentence investigation report, and

the plea agreement. Accordingly, the Court finds that Defendant's motion should be and hereby is **DENIED**.

      **IT IS SO ORDERED**, this 16th day of July, 2014.

                                      /s/ Susan O. Hickey
                                      Susan O. Hickey
                                      United States District Judge